Purvi G. Patel (CA SBN 270702)
PPatel@mofo.com
Matthew J. Wyatt (CA SBN 343074)
MWyatt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:   213.892.5200
Facsimile:   213.892.5454

Attorneys for Defendants
S. C. JOHNSON & SON, INC. and
OARS & ALPS LLC

Christopher T. Aumais (CA SBN 249901)
cta@ggallp.com
Ryan Gustafson (CA SBN 220802)
jrg@ggallp.com
GOOD GUSTAFSON AUMAIS LLP
2330 Westwood Blvd., No. 103
Los Angeles, California 90064
Telephone:   310.274.4663

Attorneys for Plaintiff
ANNEMARIE LOTT

(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Annemarie Lott, individually, and on behalf of those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>S.C. Johnson & Son, Inc. and Oars + Alps, LLC,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00956-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS (L.R. 144(a))**<br><br>Courtroom:　　24<br>Judge:　　　　Hon. Carolyn K. Delaney |

| | |
|---|---|
| 1 | Adam J. Hunt *(pro hac vice forthcoming)* |
|   | AdamHunt@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
|   | 250 West 55th Street |
| 3 | New York, New York  10019-9601 |
|   | Telephone:     212.468.8000 |
| 4 | Facsimile:     212.468.7900 |
| 5 | Attorneys for Defendants |
|   | S. C. JOHNSON & SON, INC. and |
| 6 | OARS & ALPS LLC |
| 7 | Amir Shenaq, Esq. *(pro hac vice forthcoming)* |
|   | amir@shenaqpc.com |
| 8 | SHENAQ PC |
|   | 3500 Lenox Road, Ste. 1500 |
| 9 | Atlanta, Georgia 30326 |
|   | Telephone:     888.909.9993 |
| 10 | |
| 11 | Steffan T. Keeton, Esq. *(pro hac vice forthcoming)* |
|   | stkeeton@keetonfirm.com |
|   | THE KEETON FIRM LLC |
| 12 | 100 S Commons, Ste. 102 |
|   | Pittsburgh, Pennsylvania 15212 |
| 13 | Telephone:     888.412.5291 |
| 14 | Attorneys for Plaintiff |
|   | ANNEMARIE LOTT |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Local Rule 144(a), Plaintiff Annemarie Lott and Defendants S. C. Johnson & Son, Inc. and Oars + Alps LLC, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 3, 2022, the parties stipulated and agreed to extend Defendants' initial deadline to respond to the Complaint by 28 days, from August 15 to September 12;

WHEREAS, the parties are meeting and conferring regarding Plaintiff's claims and Defendants' defenses, and Defendants require additional time to investigate the allegations in Plaintiff's Complaint in order to prepare an appropriate response;

WHEREAS, the requested extension is made in good faith and not for delay or any other improper purpose;

WHEREAS, Plaintiff agrees not to seek entry of default or move for a default judgment if Defendants file their responsive pleading on or before October 12, or any other deadline set by the Court;

NOW THEREFORE, in accordance with Local Rule 144(a) and subject to the approval of the Court, the parties hereby stipulate and agree to a 30-day extension of Defendants' deadline to respond to the Complaint to and including October 12, 2022.

Dated: September 6, 2022                MORRISON & FOERSTER LLP

By:  /s/ Purvi G. Patel
Purvi G. Patel

*Attorneys for Defendants
S. C. Johnson & Son, Inc. and
Oars & Alps LLC*

Dated: September 6, 2022                GOOD GUSTAFSON AUMAIS LLP

By:  /s/ Ryan Gustafson
Ryan Gustafson
*Attorneys for Plaintiff
Annemarie Lott*

**IT IS SO ORDERED.**

**Dated:  September 7, 2022**

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE