Purvi G. Patel (CA SBN 270702)
PPatel@mofo.com
Matthew J. Wyatt (CA SBN 343074)
MWyatt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:   213.892.5200
Facsimile:   213.892.5454

Attorneys for Defendants
S. C. JOHNSON & SON, INC. and
OARS + ALPS LLC

Christopher T. Aumais (CA SBN 249901)
cta@ggallp.com
Ryan Gustafson (CA SBN 220802)
jrg@ggallp.com
GOOD GUSTAFSON AUMAIS LLP
2330 Westwood Blvd., No. 103
Los Angeles, California 90064
Telephone:   310.274.4663

Attorneys for Plaintiff
ANNEMARIE LOTT

(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Annemarie Lott, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. Johnson & Son, Inc. and Oars + Alps, LLC,<br><br>Defendants. | Case No. 2:22-cv-00956-WBS-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL SCHEDULING CONFERENCE (L.R. 144(a))**<br><br>Courtroom:   5<br>Judge:   Hon. William B. Shubb<br><br>Current Date:   March 13, 2023<br>Proposed Date:   March 27, 2023 |

1  Adam J. Hunt *(pro hac vice forthcoming)*
   AdamHunt@mofo.com
2  MORRISON & FOERSTER LLP
   250 West 55th Street
3  New York, New York 10019-9601
   Telephone:   212.468.8000
4  Facsimile:   212.468.7900

5  Attorneys for Defendants
   S. C. JOHNSON & SON, INC. and
6  OARS + ALPS LLC

7  Amir Shenaq, Esq. *(pro hac vice forthcoming)*
   amir@shenaqpc.com
8  SHENAQ PC
   3500 Lenox Road, Ste. 1500
9  Atlanta, Georgia 30326
   Telephone:   888.909.9993

10

   Steffan T. Keeton, Esq. *(pro hac vice forthcoming)*
11 stkeeton@keetonfirm.com
   THE KEETON FIRM LLC
12 100 S Commons, Ste. 102
   Pittsburgh, Pennsylvania 15212
13 Telephone:   888.412.5291

14 Attorneys for Plaintiff
   ANNEMARIE LOTT
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE PRETRIAL SCHEDULING CONFERENCE
Case No. 2:22-cv-00956-CKD
sf-5429093

1    Pursuant to Local Rule 144(a), Plaintiff Annemarie Lott and Defendants S. C. Johnson &
2    Son, Inc. and Oars + Alps LLC, through their undersigned counsel, hereby stipulate as follows:
3    WHEREAS, the court has set a pretrial scheduling conference for March 13, 2023, at
4    1:30 p.m.;
5    WHEREAS, the parties' deadline to file a joint status report is February 27, 2023, which
6    is 14 days prior to the hearing date;
7    WHEREAS, the parties have been conferring regarding informal resolution;
8    WHEREAS, in light of the parties' discussions regarding informal resolution, the parties
9    request that the scheduling conference set for March 13, 2023 be continued 14 days to March 27,
10   2023;
11   WHEREAS, counsel have confirmed the requested date for the rescheduled hearing with
12   the Courtroom Deputy;
13   WHEREAS, this is the first request for a continuance of the scheduling conference, and
14   this request is made in good faith and not for delay or any other improper purpose.
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1    NOW THEREFORE, in accordance with Local Rule 144(a) and subject to the Court's approval, the parties hereby stipulate and agree as follows:

1. The scheduling conference set for March 13, 2023 is continued to March 27, 2023 at 1:30 p.m.;
2. The parties will file a joint status report 14 days prior to the date of the rescheduled hearing.

Dated: February 27, 2023					MORRISON & FOERSTER LLP

						By:  /s/ Purvi G. Patel
						       Purvi G. Patel
						       *Attorneys for Defendants*
						       *S. C. Johnson & Son, Inc. and*
						       *Oars + Alps LLC*

Dated: February 27, 2023					GOOD GUSTAFSON AUMAIS LLP

						By:  /s/ Ryan Gustafson
						       Ryan Gustafson
						       *Attorneys for Plaintiff*
						       *Annemarie Lott*

**IT IS SO ORDERED**

Dated:  February 28, 2023			_____
						WILLIAM B. SHUBB
						UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **ECF ATTESTATION** |

I, Purvi G. Patel, am the ECF User whose ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL SCHEDULING CONFERENCE (L.R. 144(a)).  I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: February 27, 2023                                  MORRISON & FOERSTER LLP

                                                          By:  */s/ Purvi G. Patel*
                                                               Purvi G. Patel

                                                          ***Attorneys for Defendants
                                                          S. C. Johnson & Son, Inc. and
                                                          Oars + Alps LLC***

STIPULATION AND ORDER TO CONTINUE PRETRIAL SCHEDULING CONFERENCE
Case No. 2:22-cv-00956-CKD
sf-5429093

3