**GOOD GUSTAFSON AUMAIS LLP**
J. RYAN GUSTAFSON [SBN 220802]
CHRISTINA KIM [SBN 322093]
2330 Westwood Boulevard, Suite 103
Los Angeles, California 90064
Telephone: 310.274.4663

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Annemarie Lott, individually, and on behalf of those similarly situated, | CASE NO. 2:22-cv-00956-WBS-CKD |
| Plaintiff, | HON. WILLIAM B. SHUBB |
| v. | |
| S.C. Johnson & Son, Inc. and Oars + Alps, LLC, | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Annemarie Lott voluntarily dismisses this action in its entirety, with prejudice, with each party to bear her or its own attorneys' fees and costs.

Dated:  May 25, 2023

Respectfully submitted,

/s/ *J. Ryan Gustafson*
J. Ryan Gustafson (Cal. Bar No. 220802)
2330 Westwood Blvd., No. 103
Los Angeles, CA 90064
Telephone:  310-274-4663
jrg@ggallp.com

*Counsel for Plaintiff*

1