1  Purvi G. Patel (CA SBN 270702)
   PPatel@mofo.com
2  Matthew J. Wyatt (CA SBN 343074)
   MWyatt@mofo.com
3  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
4  Los Angeles, California 90017-3543
   Telephone:   213.892.5200
5  Facsimile:   213.892.5454

6  Attorneys for Defendants
   S. C. JOHNSON & SON, INC. and
7  OARS & ALPS LLC

8  J. Ryan Gustafson (CA SBN 220802)
   jrg@ggallp.com
9  Christopher T. Aumais (CA SBN 249901)
   cta@ggallp.com
10 GOOD GUSTAFSON AUMAIS LLP
   2330 Westwood Blvd., No. 103
11 Los Angeles, California 90064
   Telephone:    (310) 274-4663
12
   Attorneys for Plaintiff
13 ANNEMARIE LOTT

14 (*Additional counsel listed on next page*)

15
                    UNITED STATES DISTRICT COURT
16
                    EASTERN DISTRICT OF CALIFORNIA
17
                          SACRAMENTO DIVISION
18

19
   | Annemarie Lott, individually, and on behalf of those similarly situated, | Case No. 2:22-cv-00956-WBS-CKD |
   |---|---|
   | Plaintiff, | **STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
   | v. | |
   | S.C. Johnson & Son, Inc. and Oars + Alps, LLC, | Judge:   Hon. William B. Shubb |
   | Defendants. | |

STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE
Case No2:22-cv-00956-WBS-CKD

1  Adam J. Hunt *(pro hac vice forthcoming)*
   AdamHunt@mofo.com
2  MORRISON & FOERSTER LLP
   250 West 55th Street
3  New York, New York  10019-9601
   Telephone:     212.468.8000
4  Facsimile:     212.468.7900

5  Attorneys for Defendants
   S. C. JOHNSON & SON, INC. and
6  OARS & ALPS LLC

7  Amir Shenaq, Esq. *(pro hac vice forthcoming)*
   amir@shenaqpc.com
8  SHENAQ PC
   3500 Lenox Road, Ste. 1500
9  Atlanta, Georgia 30326
   Telephone:    (888) 909-9993
10
   Steffan T. Keeton, Esq. *(pro hac vice forthcoming)*
11 stkeeton@keetonfirm.com
   THE KEETON FIRM LLC
12 100 S Commons, Ste. 102
   Pittsburgh, Pennsylvania 15212
13 Telephone:    (888) 412-5291

14 Attorneys for Plaintiff
   ANNEMARIE LOTT
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE
Case No2:22-cv-00956-WBS-CKD

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 143, Plaintiff Annemarie Lott and Defendants S. C. Johnson & Son, Inc. and Oars & Alps LLC, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this case on June 1, 2022;

WHEREAS, Defendants filed their Answer on October 10, 2022;

WHEREAS, Plaintiff wishes to dismiss her Complaint in its entirety, with prejudice of her individual claims and without prejudice of the putative class claims, with each party to bear her or its own attorneys' fees and costs;

WHEREAS, Defendants do not object;

NOW THEREFORE, the parties hereby stipulate to dismiss Plaintiff's Complaint in its entirety, with prejudice, with each party to bear her or its own attorneys' fees and costs.

Dated: May 31, 2023                MORRISON & FOERSTER LLP

By:      /s/ Purvi G. Patel
         Purvi G. Patel

*Attorney for Defendants*
*S. C. Johnson & Son, Inc. and*
*Oars & Alps LLC*

Dated: May 31, 2023                GOOD GUSTAFSON AUMAIS LLP

By: */s/ J. Ryan Gustafson*
    J. Ryan Gustafson

*Attorney for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 31, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ECF ATTESTATION**

I, J. Ryan Gustafson, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: May 31, 2023                                    GOOD GUSTAFSON AUMAIS LLP


By:  /s/ J. Ryan Gustafson
                                                                    J. Ryan Gustafson

[HAJ1]